# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Nelson Tavares**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:18-cv-00187-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Johnson<br>State Actors<br>Martha Kalinski**,** | ) | |
| | | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 15, 2019 Order.

January 15, 2019

_____
Frank G. Johns, Clerk
United States District Court